## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-9239-CAS(JCx) | | Date | February 2, 2011 |
|---|---|---|---|---|
| Title | *VINNIE APICELLA, ETC. v. CHINA EDUCATION ALLIANCE, INC.; ET AL.* | | | |

Present: The Honorable    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          (IN CHAMBERS)

The Court is in receipt of the Motion of Jono Nicoln for (I) Appointment of Lead Plaintiff; (II) Approval of Selection of Lead Counsel; and (III) Consolidation of Related Cases, filed January 31, 2011, and noticed for hearing on February 28, 2011 at 10:00 A.M.  On the Court's own motion, the Motion of Jono Nicoln is continued from February 28, 2011 to **March 7, 2011** at **10:00 A.M.**, to be heard simultaneously with the Motion of the Troxler Group.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |

CV-90 (06/04)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1